IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00012 |
| | ) | Judge Trauger |
| [2] BRENDA ELISE EDWARDS, a/k/a | ) | |
|    Brenda Medina Segura | ) | |

### O R D E R

It is hereby **ORDERED** that the government shall respond to the defendant's Motion to Modify Conditions of Release (Docket No. 68) by July 22, 2013. The government's response should reflect the position of the Pretrial Services Officer supervising the defendant.

It is so **ORDERED**.

ENTER this 17th day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge