IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

V  3:13-00012-002
JUDGE TRAUGER

BRENDA ELISE EDWARDS

**Motion GRANTED. Hearing set for 3/11/14 at 9:30 a.m.**

*/s/ Judge Trauger*

MOTION TO SET A HEARING ON REPRESENTATION

Comes counsel for the Petitioner to move this Honorable Court to set a hearing on further representation by undersigned counsel, and would show the following:

1. Counsel and Mrs. Edwards are discussing how to proceed with the case and have differences. Mrs. Edwards will be in Nashville, Tennessee on Monday, March 10, 2014, to have a further meeting to discuss the case.

2. In the meantime, under the circumstances undersigned counsel requests that the Court set a hearing on undersigned counsel continuing to represent Mrs. Edwards, and counsel would advise that Mrs. Edwards will be in Nashville, Tennessee, Monday, March 10 and Tuesday, March 11, 2014.

3. Counsel will immediately advise the Court if the hearing is not necessary.

RESPECTFULLY SUBMITTED:

/s/ THOMAS J DRAKE
THOMAS J. DRAKE
405 ½ 31st AVE N STE B
NASHVILLE TN 37209
(615)320-1717
Drake.Court@ThomasJDrake.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been sent to AUSA Sandra G. Moses and Kathryn B. Ward Assistant U.S. Attorneys, Suite A961, 110 9th Ave S, Nashville TN 37203, by electronic filing on March 7, 2104.

/S/ THOMAS J DRAKE.
THOMAS J. DRAKE