UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:13-00012
) JUDGE TRAUGER
)
BRENDA ELISE EDWARDS )

## SUBSTITUTION OF COUNSEL

The undersigned, Brenda Elise Edwards, hereby substitutes William I. Shockley, 4505 Harding Road, Suite 126, Nashville, Tennessee 37205, as my retained attorney of record in place of my present attorney, Thomas J. Drake, Jr., 405 ½ 31st Avenue North, Nashville, Tennessee.

Dated: 6/24/14

Brenda Elise Edwards

I consent to the above substitution of counsel.

Dated: 6-26-14

Thomas J. Drake, Jr.

I accept the above substitution of counsel.

Dated: 6/26/14

William I. Shockley

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served by electronic means through the CM/ECF filing system on the 26 day of June 2014 to Kathryn Ward Booth and Sandra G. Moses, Assistant United States Attorneys and to all counsel of record.

s/ William I. Shockley